1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRETT ALEXANDER HALE,

       Plaintiff,                    No. CIV S-06-2219 DFL KJM P

   vs.

JAMES A. TILTON, et al.,

       Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).[1]

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] The court notes that plaintiff names the Director of the California Department of Corrections and Rehabilitation as a defendant in this case. While the Director resides within an area covered by the Sacramento division, plaintiff's complaint does not appear to state a valid claim for relief against the Director.

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4     2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

9 DATED: October 24, 2006

_____
U.S. MAGISTRATE JUDGE

1/mp
hale2219.22

2